843 A.2d 1223

**PENNSYLVANIA STATE POLICE, Petitioner,**

v.

**Walter J. GROGAN, Respondent.**

Supreme Court of Pennsylvania.

March 3, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of March 2004, we **GRANT** the Petition for Allowance of Appeal. It is further ordered that we **REVERSE** the Order of the Commonwealth Court. *See Pennsylvania State Police v. Paulshock*, 836 A.2d 110, 2003 WL 22735686 (Pa. November 20, 2003).